JAN 16, 2015

COA Case No 11-12-0093-CR
Hernandez Blas Jr
TR. Ct. No. 36.567.CR

RE:
Court of Appeals
Austin, Texas 78711

denied
PC 1-26-15

I Do not have a attorney to help me. My Court Appointed attorney has not gotten in touch with me, and I Don't Know how to Do my Appeal, all my Transcripts are following me to my New Unit. as of right now I Don't have my Legal transcripts, I was stuck at transient for 85 Days, with No Property. Now I am Just waiting for it to get here. I have a Time Limited to March 3, 2015 to file. If you can get me some more time till I get my property so that I can try to do it myself. OR If its possible that you can appoint me a attorney to help me. I Don't have no money, I got a Life Sentence None Agg for D.W.I. I need to file my Appeal If you can help me, I need more Time to file, I'm waiting on my Property!

THANK You,
Blas Hernandez Jr

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk